Fannie Light, Respondent, v. Louis Fischer, Doing Business under the Trade Name of Reisenweber's, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Anna L. Wann, as Surviving Trustee, etc., Appellant, v. Pauline Hoppenstedt, Individually and as Executrix, etc., Impleaded with Louis H. Amy and Another, Composing the Firm, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to withdraw demurrer and to answer on payment of costs in this court and in the court below. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Copland-Raymond Company, Respondent, v. Elias Gottfried and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Matthew J. O'Neill, Respondent, v. The City of New York, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

The People of the State of New York, Respondent, v. Charles S. Horo witz, Appellant.— Judgment and order affirmed. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.